UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STRIBLING,<br><br>          Plaintiff,<br><br>    v.<br><br>R. MOTT, et al.,<br><br>          Defendants. | No. 2:16-cv-0400 CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a Magistrate Judge to conduct all proceedings in this action. (ECF No. 5.)

On April 5, 2016, plaintiff's complaint was dismissed, and he was granted thirty days to file an amended complaint. (ECF No. 6.) Plaintiff filed a motion for reconsideration of the screening order. (ECF No. 9.) On May 5, 2016, the court denied that motion and granted plaintiff an additional thirty days to file an amended complaint. (ECF No. 11.) Plaintiff was advised that failure to timely amend would result in dismissal of this action. (Id.) The thirty days has passed, and plaintiff has not filed an amended complaint.

////

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 | <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3 | Dated: June 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 | 2/stri0400.fta