1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AARON LAMONT STRIBLING,                    No.  2:16-cv-0400 CKD P

12                  Plaintiff,

13          v.                                   ORDER

14   R. MOTT, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  Currently pending before the court are defendant Mott's motion to compel (ECF

19   No. 49) and plaintiff's motion for summary judgment (ECF No. 53).

20          Plaintiff has failed to oppose the motion to compel.  He will be granted another

21   opportunity to respond to the motion and is cautioned that failure to respond will be deemed a

22   waiver of any opposition.  In light of the pending discovery dispute, the resolution of which may

23   lead to the production of additional evidence which defendant Mott could use in responding to a

24   motion for summary judgment, plaintiff's motion for summary judgment will be denied without

25   prejudice to re-filing once the discovery dispute has been resolved.  The motion also fails to

26   comply with the requirements for a motion for summary judgment, specifically it lacks a separate

27   statement of facts as required by Local Rule 260(a), and is additionally dismissed without

28   prejudice to the filing of a motion in the proper form.

                                                  1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have twenty-one days from service of this order to respond to defendant Mott's motion to compel. Failure to respond to the motion will be deemed a waiver of any opposition.

2. Plaintiff's motion for summary judgment (ECF No. 53) is denied without prejudice. Plaintiff may file a motion in the proper form after defendant Mott's motion to compel has been resolved.

Dated: February 7, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:stri0400.mtc.eot.msj.deny

2