1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AARON LAMONT STRIBLING,                    No.  2:16-cv-0400 MCE CKD P

12                 Plaintiff,

13         v.                                   ORDER

14   R. MOTT, et al.,

15                 Defendants.

16

17         On February 12, 2018, the Clerk of the Court filed plaintiff's motion to compel discovery

18   responses from defendants Mott, Andrichuk, Glenn, Johnson, Molina, Morrow, Murillo,

19   Schneider, and Terry.  (ECF No. 59.)  Defendants filed their opposition to the motion on March 6,

20   2018.  (ECF No. 64.)  Included with the motion was a certificate of service that averred the

21   motion had been served on plaintiff by mail at his address of record at the California State Prison,

22   Sacramento.  (Id. at 6.)  On March 20, 2018, without any explanation, defendants filed another

23   certificate of service averring that their opposition was served on plaintiff by mail at San Quentin

24   State Prison.  (ECF No. 68.)  Plaintiff has now filed a reply in which he asserts that he did not

25   receive the opposition served on March 6, 2018, and that defendants therefore did not file their

26   opposition on that day.  (ECF No. 70.)  He further states that he did receive the opposition served

27   on March 20, 2018, that it was mailed to the wrong address because he was not housed at San

28   Quentin State Prison, and that he never told the court or defendants that he was housed at San

1    Quentin State Prison.  (Id.)  He claims that this was a ploy by defendants to make him miss his

2    deadline to file a reply.  (Id.)

3        Contrary to plaintiff's contentions, defendants did in fact file their opposition on March 6,

4    2018.  ECF No. 64.  While it appears that plaintiff did not receive that copy of the opposition,

5    there is no evidence that it was because defendants failed to serve it on him.  While it is unclear

6    why defendants later served plaintiff with a copy of the opposition at location where he was not

7    housed, he did ultimately receive that copy of the opposition and will be given an opportunity to

8    file a reply.

9        Accordingly, IT IS HEREBY ORDERED that plaintiff shall have fourteen days from the

10    service of this order to file a reply to defendants' opposition to his motion to compel.

11    Dated:  April 5, 2018

12                                CAROLYN K. DELANEY

13                                UNITED STATES MAGISTRATE JUDGE

14

15    13:stri0400.mtc.reply

16

17

18

19

20

21

22

23

24

25

26

27

28