UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. MOTT, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0400 MCE CKD P<br><br><br>ORDER |

By order filed August 29, 2018, the undersigned granted defendant Mott's motion to compel and ordered plaintiff to provide supplemental responses to Mott's Interrogatory Nos. 1-3 and Requests for Production Nos. 1-5 within thirty days of service of the order. (ECF No. 75 at 10.) The parties were also given sixty days to bring any motions for sanctions for failure to comply with the order. (Id. at 11.) Plaintiff then moved for reconsideration of the order (ECF No. 77), which the District Judge denied in an order filed October 16, 2018 (ECF No. 80). Defendants Mott, Andrichuk, Bell-Sprinkle, Glenn, Johnson, Molina, Morrow, Murillo, Schneider, and Terry[1] now move to modify the scheduling order to extend the November 2, 2018 dispositive motion deadline to forty-five days after plaintiff submits his supplemental discovery responses. (ECF No. 81.)

---

[1] Defendant Salz is represented by separate counsel and has not joined in the motion to modify the scheduling order.

1

1 | Although plaintiff moved for reconsideration of the August 29, 2018 order, he did not
2 | seek a stay of his obligation to provide supplemental discovery responses under that order. He
3 | therefore had until October 1, 2018, to provide supplemental responses (ECF No. 75), and it
4 | appears that he has failed to do so (ECF No. 81). However, because of plaintiff's status as a pro
5 | se prisoner, the court will assume that his failure to seek a stay was based upon a belief that the
6 | motion for reconsideration automatically stayed his obligation to provide supplemental discovery
7 | responses. Plaintiff's supplemental responses under the August 29, 2018 order will therefore be
8 | due thirty days after service of the order denying his motion for reconsideration, making his
9 | deadline to respond November 19, 2018. Defendants, including defendant Salz, shall have until
10 | December 17, 2018, to bring any motions for sanctions based on plaintiff's failure to comply with
11 | the August 29, 2018 order.

Because plaintiff's deadline for submitting his supplemental responses now falls after the dispositive motion deadline, the request to modify the scheduling order will be granted to the extent the dispositive motion deadline will be vacated. However, the deadline will not be re-set based upon when plaintiff provides his supplemental responses. Instead, the dispositive motions deadline will be set based on whether defendants file a motion for sanctions.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve his supplemental responses to defendants' discovery requests by November 19, 2018.

2. Defendants shall have until December 17, 2018, to file any motions for sanctions based on plaintiff's failure to comply with the August 29, 2018 order.

3. Defendants' motion to modify the scheduling order (ECF No. 81) is granted to the extent that the dispositive motion deadline is vacated.

/////
/////
/////
/////
/////

4. Dispositive motions will be due within thirty days of the resolution of any motions for sanctions. If no motions for sanctions are filed, dispositive motions will be due thirty days after the deadline for filing motions for sanctions expires.

Dated: October 22, 2018

    /s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:strib0400.eot