UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>    Plaintiff,<br><br>    v.<br><br>R. MOTT, et al.,<br><br>    Defendants. | No. 2:16-cv-0400 MCE CKD P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for summary judgment. (ECF No. 93.) However, the motion fails to comply with Federal Rule of Civil Procedure 56 and Local Rule 260 and will be denied without prejudice to a motion in the proper form. The court also notes that it is unclear whether plaintiff has complied with the August 29, 2018 order compelling discovery responses. Plaintiff is cautioned that he must comply with the August 29, 2018 order prior to filing any further motion for summary judgment because his responses to defendants' discovery requests may provide defendants with information necessary to defend against a summary judgment motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for summary judgment (ECF No. 93) is denied without prejudice to bringing a motion in the proper form.

////

1

2. The Clerk of the Court is directed to provide plaintiff with a copy of Local Rule 260.

Dated: February 27, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:stri0400.msj.deny